PROB 12B
(7/93)

Report Date: March 11, 2008

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 13 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Cheryl Marie Rogers                Case Number: 2:97CR00028-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 10/16/1997                Type of Supervision: Supervised Release

Original Offense: Ct. 1-Conspiracy to Possess With Intent to Distribute and Distribute Methamphetamine, Amphetamine, and Cocaine, 21 U.S.C. § 846; Ct. 12- Possession With Intent to Distribute Methamphetamine

Date Supervision Commenced: 02/01/2008

Original Sentence: Prison - 150 Months; TSR - 60 Months

Date Supervision Expires: 01/31/ 2113

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

16    You shall participate in a mental health treatment program, as directed by the probation officer. You are to pay part of all costs of this treatment, at an amount not to exceed the cost of treatment, as deemed appropriate by the probation officer. Payments shall never exceed the total cost of mental health counseling. The actual co-payment schedule shall be determined by the probation officer.

### CAUSE

The offender informed her supervising U.S. probation officer in the Northern District of California (ND/CA), in Santa Rosa that she suffers from post traumatic stress symptoms. She also informed her officer that she was prescribed psychotropic medication to address these symptoms. Additionally, the offender's presentence investigation report reflects there are mental health issues in this case as well. On March 11, 2008, the offender signed a "Request for Modifying the Conditions of Supervision with Consent of the Offender" to waive a hearing in order to allow the offender to attend mental health counseling.

The offender plans to permanently reside in Sonoma County, California. Ms. Rogers currently resides with her mother and is preparing to register for college. As a result, this officer has also attached a Probation Form 22, "Transfer of Jurisdiction" document for your review and signature, if the Court concurs.

Prob 12B
**Re: Rogers, Cheryl Marie**
**March 11, 2008**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 3-13-08

*[signature]*

U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*Fred Van Sickle*
Signature of Judicial Officer

March 13, 2008
Date